1 | David H. Krieger, Esq.
2 | Nevada Bar No. 9086
  | HAINES & KRIEGER, LLC
3 | 8985 S. Eastern Avenue, Suite 350
  | Henderson, Nevada 89123
4 | Phone: (702) 880-5554
5 | FAX: (702) 385-5518
  | Email: dkrieger@hainesandkrieger.com
6 | *Attorney for Plaintiff, Alejandra I. Rossignoli*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Alejandra I. Rossignoli,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>REALTIME RESOLUTIONS, INC;<br>SENECA MORTGAGE SERVICING;<br>TD BANK USA/ TARGET CREDIT;<br>EQUIFAX INFORMATION<br>SERVICES, LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-00754-APG-CWH<br><br>**JOINT MOTION DISMISSING<br>ACTION WITHOUT PREJUDICE<br>AS TO TD BANK USA/TARGET<br>CREDIT ONLY**<br><br>**ORDER** |

　　Plaintiff Alejandra I. Rossignoli hereby moves that the above-entitled action

…

…

…

…

…

Page **1** of **2**

shall be dismissed **without prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TD Bank USA/Target Credit**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: July 20, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Michael R. Ayers, Esq.
Michael R. Ayers, Esq.
Hinshaw &Culbertson, LLP
*Attorney for Defendant TD Bank, USA/ Target Credit*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: July 21, 2016