UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALEJANDRA I. ROSSIGNOLI, <br><br> Plaintiff, <br><br> v. <br><br> REALTIME RESOLUTIONS, INC., *et al.*, <br><br> Defendants. | Case No. 2:16-cv-00754-APG-CWH <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT** <br><br> (ECF No. 15) |

In light of the parties' notice of settlement (ECF No. 51),

IT IS ORDERED that defendant Seneca Mortgage Servicing LLC's motion to dismiss **(ECF No. 15) is DENIED as moot**.

IT IS FURTHER ORDERED that all pending dates, deadlines, and filing requirements as to defendant Seneca Mortgage Service LLC are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss on or before March 20, 2017.

DATED this 20th day of January, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE