WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorney for Defendant, Seneca Mortgage Servicing, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALEJANDRA ROSSIGNOLI, | Case No.: 2:16-cv-00754-APG-CWH |
| Plaintiff, | **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |
| v. | |
| REALTIME RESOLUTIONS, INC; SENECA MORTGAGE SERVICING; TD BANK US / TARGET CREDIT; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Defendant, Seneca Mortgage Servicing, LLC ( "Defendant"), by and through their attorneys of record of the law firm of Wright, Finlay & Zak, LLP, hereby give notice that Sean N. Payne, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP.  Wright, Finlay & Zak, LLP, will continue to represent Defendant and request that Edgar C. Smith, Esq. receive all future notices.

DATED this __10th__ day of February, 2017

.      WRIGHT, FINLAY & ZAK, LLP

IT IS SO ORDERED.

DATED: February 14, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

/s/Edgar C. Smith, Esq.
_____
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorney for Defendant, Seneca Mortgage Servicing, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAW OF COUNSEL** was made on the __10th__ day of February, 2017 to all parties identified on the electronic notification system CM/ECF.

Matthew I Knepper
Knepper & Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
*Attorney for Plaintiff, Alejandra I. Rossignoli*

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
*Attorney for Plaintiff, Alejandra I. Rossignoli*

Jennifer L Braster
Maupin Naylor Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorney for Defendant, Experian Information Solutions, Inc.*

Sean N. Payne
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

       __/s/Sara Aslinger__
       An Employee of WRIGHT, FINLAY & ZAK, LLP