David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEJANDRA ROSSIGNOLI, | Case No. 2:16-cv-00754-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| REALTIME RESOLUTIONS, INC;; SENECA MORTGAGE SERVICING; TD BANK US / TARGET CREDIT; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIEN INFORMATION SOLUTIONS, INC., | **STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| Defendants. | |

Pursuant to federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alejandra Rossignoli ("Plaintiff"), and defendants Experian Information Solutions, Inc. ("Experian"), and Seneca Mortgage Servicing ("Seneca") stipulate to dismissal of Experian from the above-mentioned action, with prejudice.

Each party will bear its own fees and costs arising in connection with prosecution of Plaintiff's action against Experian.

Dated: January 19, 2017

| | |
|---|---|
| */s/ Sean Payne* <br> T. Robert Finlay <br> Sean Payne <br> C. Edgar Smith <br> WRIGHT, FINLAY & ZAK <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> rfinlay@wrightlegal.net <br> spayne@wrightlegal.net <br> esmith@wrightlegal.net <br> Attorneys for Defendant Seneca Mortgage Servicing | */s/ Jennifer L. Braster* <br> Jennifer L Braster <br> MAUPIN NAYLOR BRASTER <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Email: jbraster@naylorandbrasterlaw.com <br> Attorney for Defendant <br> Experian Information Solutions, Inc. |
| */s/ Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br> Phone: (702) 825-6060 <br> FAX: (702) 447-8048 <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br>  (702) 880-5554 <br> dkrieger@hainesandkrieger.com <br> Attorneys for Plaintiff | |

**ORDER**

IT IS SO ORDERED.

Dated: March 9, 2017.

_____
UNITED STATES DISTRICT JUDGE