David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEJANDRA ROSSIGNOLI, | Case No. 2:16-cv-00754-APG-CWH |
| Plaintiff, | |
| v. | |
| REALTIME RESOLUTIONS, INC;; SENECA MORTGAGE SERVICING; TD BANK US / TARGET CREDIT; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIEN INFORMATION SOLUTIONS, INC., | **STIPULATION OF DISMISSAL OF SENECA MORTGAGE SERVICING PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| Defendants. | |

Pursuant to federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alejandra Rossignoli ("Plaintiff"), and defendant Seneca Mortgage Servicing ("Seneca") stipulate to dismissal of Seneca from the above-mentioned action, with prejudice.

Each party will bear its own fees and costs arising in connection with prosecution of Plaintiff's action against Seneca.

Dated: March 16, 2017

| | |
|---|---|
| /s/ Shadd A. Wade<br>Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>Shadd A. Wade<br>Nevada Bar No. 11310<br>WRIGHT, FINLAY & ZAK<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>esmith@wrightlegal.net<br>swade@wrightlegal.net<br>Attorneys for Defendant Seneca Mortgage Servicing | /s/ Miles N. Clark<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Phone: (702) 825-6060<br>FAX: (702) 447-8048<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated: March 20, 2017.

_____
UNITED STATES DISTRICT JUDGE